# STATE OF MICHIGAN

# COURT OF APPEALS

CHERYL MASSA, DAMIAN MASSA, JR.,
ALISHA MASSA, NATHAN MASSA, and
ROCHELLE MASSA,

Plaintiffs-Appellants,

v

CITY OF LIVONIA, SGT. MICHAEL
MOCKERIDGE, SGT MICHAEL KINGSBURY,
SGT. PATRICK MOUG, DETECTIVE
O'LEARY, DETECTIVE TIMOTHY CHALK,
OFFICER LORA CLAYPOOL, UNKNOWN
POLICE OFFICERS, and LIVONIA POLICE
DEPARTMENT,

Defendants-Appellees.

UNPUBLISHED
February 2, 2016

No. 324913
Ingham Circuit Court
LC No. 14-000984-CZ

Before: SHAPIRO, P.J., and O'CONNELL and BORRELLO, JJ.

SHAPIRO, P.J. (*concurring*)

I concur in the result only.

/s/ Douglas B. Shapiro

-1-